**FILED**
FEB 25 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TEH
(PR)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Curtis J. Durden Jr.
          Plaintiff,

vs.

San Francisco Sheriffs' Dept.
Michael Hennessy/C.E.O. et al
City & County of S.F.  Defendants
San Francisco Corporation

CASE NO. 08    1128

**PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS**

I, _Curtis Durden_, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✓ "INCARCERATED"

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer: _NONE_

Gross: _Ø_    Net: _Ø_

Employer: _Ø_

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS    - 1 -

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

_____

_____

_____

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

   a. Business, Profession or self employment    Yes ___ No ✓

   b. Income from stocks, bonds, or royalties?    Yes ___ No ✓

   c. Rent payments?    Yes ___ No ✓

   d. Pensions, annuities, or life insurance payments?    Yes ___ No ✓

   e. Federal or State welfare payments, Social Security or other government source?    Yes ___ No ✓

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3. Are you married?    Yes ___ No ✓

Spouse's Full Name: _____Ø_____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____Ø_____ Net $_____Ø_____

4. a. List amount you contribute to your spouse's support:$ ___Ø___

1  b.  List the persons other than your spouse who are dependent upon you for
2      support and indicate how much you contribute toward their support. (NOTE:
3      For minor children, list only their initials and ages. DO NOT INCLUDE
4      THEIR NAMES.).
5  _____
6  _____
7  5.  Do you own or are you buying a home?  Yes ___ No ✓
8  Estimated Market Value: $___∅___ Amount of Mortgage: $___∅___
9  6.  Do you own an automobile?  Yes ✓ No ___
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ___ No ✓ If so, Total due: $ ___∅___
12 Monthly Payment: $ ___∅___
13 7.  Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _NA_____
15 _____
16 Present balance(s): $ ___∅___
17 Do you own any cash? Yes ___ No ✓ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ___ No ✓ *Not certain.*
20 _____
21 8.  What are your monthly expenses? *THEY VARY WHEN AT HOME.*
22 Rent: $ _____ Utilities: _____
23 Food: $ _____ Clothing: _____
24 Charge Accounts: *Not certain at present, I'm incarcerated!*
25 Name of Account          Monthly Payment          Total Owed on This Acct.
26 _____          $ _____          $ _____
27 _____          $ _____          $ _____
28 _____          $ _____          $ _____   9.  Do

1 | you have any other debts? (List current obligations, indicating amounts and to whom they are
2 | payable. Do not include account numbers.) *Not certain at present.*
3
4

5 | 10.   Does the complaint which you are seeking to file raise claims that have been presented
6 | in other lawsuits?   Yes ___   No ✓
7 | Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8 | which they were filed.
9
10

11 |     I consent to prison officials withdrawing from my trust account and paying to the court
12 | the initial partial filing fee and all installment payments required by the court.
13 |     I declare under the penalty of perjury that the foregoing is true and correct and
14 | understand that a false statement herein may result in the dismissal of my claims.

15
16 | *2/16/08*             *Curtis J. Durden  2/16/08*
17 |    DATE                        SIGNATURE OF APPLICANT