Name: Curtis J. Durden Jr.
Address: P.O. Box 67 San Bruno, ca 94066
Tele: (415) 814-3119

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA @ S.F.

| Curtis Durden Jr. Plaintiff v. San Francisco Sheriffs Dept. & Aramark Food Services et al, Defendants | MOTION TO REQUEST PRAYER FOR RELIEF Civil Action |

FILED
MAR - 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## PRAYER FOR RELIEF

WHEREFORE, plaintiff respectfully prays that this court enter judgment granting plaintiff:

1. A declaration that the acts and omissions described in the complaint violated plaintiffs rights under the Constitution and laws of the United States.
2. Compensatory damages in the amount of $250,000 against each defendant, jointly and severally.
3. Punitive damages in the amount of $150,000 against each defendants.
4. A jury trial on all issues triable by jury.
5. Plaintiffs costs in this suit.
6. Any additional relief this court deems just proper, and equitable.

Signed: _____
Respectfully submitted
Date: _____