FILED
08 MAR -7 PM 4:45

TEH

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Curtis J. Durden Jr.

Plaintiff,

vs.

S.F. SHERIFFS DEPT. &
ARAMARK SERVICES
S.F. COUNTY       Defendant.

CASE NO. CV 08 1128

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

(PR)

I, Curtis J. Durden Jr., declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ___0___   Net: ___0___

Employer: ___0___

PRIS. APP. TO PROC. IN FORMA PAUPERIS   - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _Willie Brown Campaign.  350.00 for 1 wk_____
5  _____
6  _____

7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9    a.  Business, Profession or                Yes ___ No ✓
10       self employment
11   b.  Income from stocks, bonds,             Yes ___ No ✓
12       or royalties?
13   c.  Rent payments?                         Yes ___ No ✓
14   d.  Pensions, annuities, or                Yes ___ No ✓
15       life insurance payments?
16   e.  Federal or State welfare payments,     Yes ___ No ✓
17       Social Security or other govern-
18       ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.  Are you married?                        Yes ___ No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $ _0_____  Net $ _0_____
28  4.  a.  List amount you contribute to your spouse's support:$ _0_____

1    b.   List the persons other than your spouse who are dependent upon you for
2         support and indicate how much you contribute toward their support. (NOTE:
3         For minor children, list only their initials and ages. DO NOT INCLUDE
4         THEIR NAMES.).
5    _____
6    _____
7    5.   Do you own or are you buying a home?   Yes ___ No ✓
8    Estimated Market Value: $_____ Amount of Mortgage: $_____
9    6.   Do you own an automobile?   Yes ___ No ✓
10   Make _____ Year _____ Model _____
11   Is it financed? Yes ___ No ✓ If so, Total due: $ _____
12   Monthly Payment: $ _____
13   7.   Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)
14   Name(s) and address(es) of bank: _____
15   _____
16   Present balance(s): $ _____
17   Do you own any cash? Yes ___ No ✓ Amount: $ _____
18   Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19   market value.)  Yes ___ No ✓
20   _____
21   8.   What are your monthly expenses?
22   Rent: $ 0 _____ Utilities: 0 _____
23   Food: $ 0 _____ Clothing: 0 _____
24   Charge Accounts:
25   Name of Account           Monthly Payment           Total Owed on This Acct.
26   _____                $ _____              $ _____
27   _____                $ _____              $ _____
28   _____                $ _____              $ _____

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do **not** include account numbers.)

Ø

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

N/A

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

3/4/08                                     *Curtis L. Wardon Jr.*

DATE                                      SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 4 -

| | |
|---|---|
| 1 | |
| 2 | Case Number: _CV08 1128_ |

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _Curtis J. Warden Jr._ [prisoner name] _County Jail # 5 @ San Bruno_ [name of institution] for the last six months where (s)he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _20.—_ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _20.—_ .

Dated: _3-4-08_              _____#1273_____
[Authorized officer of the institution]

Date : 03/02/2008  
Time : 12:19

## Account Activity Ledger

From : 12/11/2007     To : 03/02/2008

| Comment | Trx Date | Time | Batch /Inv # | Trx # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|---|
| ID 2342055 | Name DURDEN, CURTIS | | | Block 5M 4A 05 | | | Previous Balance | | 0.00 |
| Initial Entry | 12/11/2007 | 15:41 | B#252970 | 763744 | D | | 8.00 | | 8.00 |
| Sales Transaction | 12/13/2007 | 06:43 | I#281777 | | I | 7.95 | | | 0.05 |
| SAFEWAY MONEYGRAM FR | 12/18/2007 | 15:24 | B#254570 | 767108 | D | | 20.00 | | 20.05 |
| Sales Transaction | 12/20/2007 | 07:01 | I#282521 | | I | 19.90 | | | 0.15 |
| | 12/30/2007 | 01:03 | B#257157 | 772472 | D | | 20.00 | | 20.15 |
| Sales Transaction | 01/03/2008 | 08:26 | I#284987 | | I | 17.58 | | | 2.57 |
| m/o western union; f | 01/15/2008 | 09:52 | B#261042 | 780555 | D | | 20.00 | | 22.57 |
| Sales Transaction | 01/17/2008 | 06:22 | I#287457 | | I | 22.08 | | | 0.49 |
| | 02/05/2008 | 15:25 | B#265975 | 790908 | D | | 20.00 | | 20.49 |
| Sales Transaction | 02/07/2008 | 05:52 | I#291335 | | I | 19.90 | | | 0.59 |
| no id angela hunt | 02/27/2008 | 12:30 | B#271115 | 801754 | D | | 20.00 | | 20.59 |
| Sales Transaction | 02/28/2008 | 06:08 | I#295241 | | I | 20.40 | | | 0.19 |
| Sales Transaction | 02/29/2008 | 04:59 | I#295520 | | I | -1.50 | | | 1.69 |

Deposits   6   For $   108.00  
Withdraws  0   For $     0.00  
Invoices   7   For $   106.31

Page : 1